NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEONTAE THOMAS                          )
DOC #R12198,                            )
                    Appellant,          )
                                        )
v.                                      )        Case No. 2D18-021
                                        )
STATE OF FLORIDA,                       )
                                        )
                    Appellee.           )
_____ )

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Deontae Thomas, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.

PER CURIAM.


                    Affirmed.



MORRIS, BLACK, and ATKINSON, JJ., Concur.